Frank L. Entwisle, Trustee in Bankruptcy, etc., Respondent, v. Michael Dumey and Frank Katz, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Rich, JJ., concurred.

Emily E. Forster, as Administratrix, etc., of William E. Forster, Deceased, Appellant, v. August Heckscher and Others, as Receivers of Milliken Brothers, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas and Rich, JJ., concurred; Carr, J., dissented.

In the Matter of the Petition of Ella F. Haring, Respondent, for the Appointment of Commissioners to Assess the Damage to Her Property Resulting from a Change of Grade of Main Street, in the Village of Spring Valley, Rockland County, New York. Village of Spring Valley, Appellant.— Judgment appointing commissioners affirmed, and final order confirming commissioners' report modified by striking out the provision as to costs, in accordance with the decision of this court in *Matter of Haring* (142 App. Div. 904), and without prejudice to such application as is therein suggested; and as thus modified the final order is affirmed, without costs. Jenks, P. J., Hirschberg, Burr, Carr and Woodward, JJ., concurred.

Samuel Larner, Respondent, v. New York Transportation Company, Appellant.— Appeal dismissed, with costs, upon the ground that the order is not appealable. (Mun. Ct. Act, § 310; Id. §§ 253-257; * *Nolte* v. *Seymour*, 127 App. Div. 178.) Jenks, P. J., Burr, Carr, Woodward and Rich, JJ., concurred.

James Madigan, as Administrator, etc., of Helen R. Madigan, Deceased, Respondent, v. The Long Island Railroad Company, a Domestic Corporation, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Robert Peel, Respondent, v. Long Island Contracting and Supply Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Burr and Carr, JJ., concurred; Thomas and Rich, JJ., dissented on the ground that there is no evidence of negligence on the part of defendant.

William J. Quinlan, Respondent, v. Staten Island Midland Railway Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

* See Laws of 1902, chap. 580, § 310, as amd. by Laws of 1907, chap. 664, and Laws of 1910, chap. 538; Id. § 253, as amd. by Laws of 1907, chap. 304; Id. §§ 254-256; Id. § 257, as amd. by Laws of 1910, chap. 538.— [REP.